UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ENERGY AND POLICY INSTITUTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:22-cv-220-TAV-DCP |
| | ) | |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is the parties' Joint Motion to Modify Scheduling Order Deadlines for Dispositive Motion Briefing [Doc. 22], in which the parties jointly request a modification of the deadlines for dispositive briefing. The parties state that the current dispositive motion deadline is no later than February 17, 2023, with responses due on or before March 17, 2023, and replies due on or before April 4, 2023. The parties wish to modify this schedule by obtaining a five-week extension to allow them time to pursue a good faith effort to narrow the issues and documents in dispute.

The Court first notes that the Scheduling Order in this case was entered on August 2, 2022, which set the dispositive motion deadline as no later than 150 days before trial [Doc. 13]. Trial is currently set for November 7, 2023. The Court previously granted the parties' joint request to amend the dispositive motion deadline, which shortened the deadline to less than 150 days before trial [Doc. 16]. Now, the parties jointly request an extension of the deadlines that they previously requested be shortened.

Finding that good cause has been shown for the requested amendments, the Joint Motion [Doc. 22] is **GRANTED**. However, the Court finds it appropriate to reinstate the deadline for dispositive motions that was initially set in the Court's Scheduling Order [Doc. 13]. The parties are reminded that they are free to file dispositive motions at any time before this deadline expires, including in accordance with the deadlines that they have requested in their Joint Motion [Doc. 22]. Thus, the deadline for dispositive motions in the Court's Scheduling Order [Doc. 13] is reinstated, and all other provisions of the Scheduling Order [Doc. 13], except as otherwise amended [Doc. 16], will remain unchanged.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE