UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

ENERGY AND POLICY INSTITUTE,

    Plaintiff,

v.

TENNESSEE VALLEY AUTHORITY,

    Defendant.

No. 3:22-cv-00220-TAV-DCP

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Energy and Policy Institute (EPI), through counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order (Doc. 66) entered in this action on February 5, 2025 denying EPI's motion for attorney fees and costs (Doc. 52).

Respectfully submitted this 10th day of February, 2025

By:   */s/ Allison Kole*

Allison Kole
*Pro Hac Vice*
General Counsel
Energy and Policy Institute
P.O. Box 337
El Verano, CA 95433
(202) 596-7540
allison@energyandpolicy.org

Chris Irwin
BPR# 025478
2131 Riverside Drive
Knoxville TN, 37915
(865) 257-4029

christopherscottirwin@yahoo.com

Zehava Robbins
*Pro Hac Vice*
Counsel
Energy and Policy Institute
P.O. Box 337
El Verano, CA 95433
(202) 643-6267
zehava@energyandpolicy.org

*Attorneys for Plaintiff*